JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DEJUAN JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>Warden,<br><br>    Respondent. | Case No. EDCV 08-112 CBM (AN)<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: 2/19, 2008

                                        CONSUELO B. MARSHALL
                                        SENIOR DISTRICT JUDGE